**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| ALICIA M. GLOVER, | Case No. 8:22-bk-03187-CPM |
| Debtor(s). | Chapter 13 |
| _____/ | |

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on or before September 1, 2022, a true and correct copy of the Court's *Order Granting Motion to Extend Time to File Schedules, Statements and Chapter 13 Plan* (Doc. No. 11) was served upon the following parties by CM/ECF electronic mail or by U.S. Mail, first-class, postage pre-paid.

*See attached Mailing Matrix*

    /s/ *Kenneth R. Case*
    Kenneth R. Case, Esq.
    FBN: 0073758
    BROWN & ASSOCIATES LAW & TITLE, P.A.
    11373 Countryway Blvd.
    Tampa, FL 33626
    T: (813) 528-4044
    F: (813) 855-8485
    E: kenny@brownalt.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:22-bk-03187-CPM<br>Middle District of Florida<br>Tampa<br>Fri Aug 19 15:46:38 EDT 2022 | United States Trustee - TPA7/13 7<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Ahf<br>1235 Old Alpharetta Rd, Suite 180<br>Alpharetta, GA 30005-2902 |
| (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | (p)AR RESOURCES INC<br>PO BOX 1056<br>BLUE BELL PA 19422-0287 | (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 |
| Capio Partners Llc<br>2222 Texoma Pkwy Ste 150<br>Sherman, TX 75090-2481 | Capital Accounts<br>Po Box 140065<br>Nashville, TN 37214-0065 | Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 |
| Dept Of Education/Neln<br>121 S 13th St<br>Lincoln, NE 68508-1904 | (p)I C  SYSTEM  INC<br>LEGAL DEPARTMENT<br>PO BOX 64444<br>SAINT PAUL MN 55164-0444 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Law Offices Mba<br>3400 Texoma Pkwy Ste 100<br>Sherman, TX 75090-1916 | Miramedrg<br>111 West Jackson<br>Chicago, IL 60604-3589 |
| Nationstar/Mr Cooper<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019-4620 | (p)PARAMOUNT RECOVERY SYSTEMS<br>ATTN SUSAN ROCKHOLD<br>7524 BOSQUE BLVD SUITE L<br>WACO TX 76712-3772 | Quality Asset Recovery<br>7 Foster Ave Ste 101<br>Gibbsboro, NJ 08026-1191 |
| Verizon Wireless<br>Po Box 650051<br>Dallas, TX 75265-0051 | Alicia M Glover<br>8818 Poe Dr<br>Hudson, FL 34667-8516 | Jon Waage<br>P O Box 25001<br>Bradenton, FL 34206-5001 |
| Kenneth R Case<br>Consumer Law Attorneys<br>2727 Ulmerton Rd., Ste. 270<br>Clearwater, FL 33762-3368 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088 | Ar Resources Inc<br>1777 Sentry Pkwy W<br>Blue Bell, PA 19422 | Caine Weiner<br>Po Box 55848<br>Sherman Oaks, CA 91413 |

I.C. System, Inc
Po Box 64378
Saint Paul, MN 55164

Paramount Recovery Sys
Po Box 23369
Waco, TX 76702

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Nationstar Mortgage LLC              (u)Deptednelnet                          (u)Midlandcre

End of Label Matrix
Mailable recipients    21
Bypassed recipients     3
Total                  24